In the Matter of the Estate of HENRY HUBBS, Deceased. ALPHEUS R. PHELPS et al., Appellants; HELEN P. LEACH, Respondent.

Submitted March 3, 1941; decided March 13, 1941.

Motion for reargument denied, with ten dollars costs and necessary printing disbursements. (See 284 N. Y. 776.)

JEANNE G. FINCLAIR, Respondent, *v.* 211 W. 66TH ST. CORP. et al., Defendants, and ALDEN BROKERAGE CORPORATION, Appellant.

JOSEPH P. FERRIGAN, as Receiver, Respondent.

Submitted March 10, 1941; decided March 13, 1941.

*Jerome Count* for motion.

*Samuel W. Dorfman* opposed.

Motion dismissed, with ten dollars costs and necessary printing disbursements, on the ground that the order is not appealable.